# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:12-cv-07339 |
| v. ) | |
| ) | Hon. John F. Grady |
| M.R.T.P., INC. d/b/a PRISCO'S ) | |
| ELEVEN WEST; ANTHONY PRISCO, ) | |
| and MICHAEL ROSSI, each individually, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
## AS TO DEFENDANT ANTHONY PRISCO

Plaintiffs hereby move for the Court to enter judgment as a matter of law, pursuant to Federal Rule of Civil Procedure 56, against Defendant Anthony Prisco ("Prisco") for copyright infringement. For the reasons stated in the Memorandum in Support of Motion for Summary Judgment filed contemporaneously herewith, Plaintiffs respectfully move this Court for entry of summary judgment ordering that:

(a) Prisco pay statutory damages in the amount of $32,000.00, which represents an award of $4,000.00 for each of the eight (8) claims of infringement, pursuant to 17 U.S.C. § 504(c);

(b) Prisco pay Plaintiffs' costs, including reasonable attorney's fees pursuant to 17 U.S.C. § 505, in an amount to be determined at the time of judgment;

(c) Prisco pay interest on these awards pursuant to 28 U.S.C. § 1961; and

(d) Prisco, his agents, servants, employees, and all persons acting under his permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502.

This motion is supported by the Declarations of Hope M. Lloyd and Lawrence E. Stevens. A proposed Order is attached for the Court's convenience as Exhibit A and will be submitted to the Court's proposed order inbox via electronic mail.

The material, undisputed facts as to which Plaintiffs contend there is no genuine issue and which entitle Plaintiffs to judgment as a matter of law are contained in the accompanying statement pursuant to Fed. R. Civ. P. 56 and LR 56.1.


Dated: December 9, 2013                                BROADCAST MUSIC, INC., *et al.*


      /s/ Paul R. Coble
Charles A. Laff
calaff@michaelbest.com
Paul R. Coble
pcoble@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
(312) 222-0800 / Fax: (312) 222-0818

*Attorneys for Plaintiffs*