# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No.: 1:12-cv-07339 |
| v. | ) |
| | ) Hon. John F. Grady |
| M.R.T.P., INC. d/b/a PRISCO'S ELEVEN WEST; ANTHONY PRISCO, and MICHAEL ROSSI, each individually, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS
## IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

Charles A. Laff
calaff@michaelbest.com
Paul R. Coble
pcoble@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
(312) 222-0800

*Attorneys for Plaintiffs*
*Broadcast Music, Inc., et al.*

1. This is an action for copyright infringement brought pursuant to 17 U.S.C. Section 101 *et. seq*. (Dkt. No. 1.) Jurisdiction is vested in this Court under 28 U.S.C. § 1338(a) and venue is proper under 28 U.S.C. § 1400(a).

2. Plaintiff Broadcast Music, Inc. ("BMI") is a "performing rights society" which licenses the right to publicly perform copyrighted musical compositions works on behalf of the copyright owners of these works. (Declaration of Hope M. Lloyd, Assistant Vice President, Legal ("Lloyd Declaration"), ¶¶ 2-5.) The other Plaintiffs are the copyright owners of various compositions which are the subject of this lawsuit. (*Id.*)

3. Through agreements with copyright owners such as music publishing companies and independent composers, BMI acquires non-exclusive public performance rights. (Lloyd Declaration ¶ 2.) BMI has acquired such rights from each of the other Plaintiffs in this action. (*Id.* ¶ 5).

4. BMI, in turn, grants to music users such as broadcasters and the owners and operators of concert halls, restaurants, nightclubs and hotels, the right to publicly perform any of the works in BMI's repertoire by means of "blanket license agreements." (Lloyd Declaration ¶ 2.)

5. BMI operates as a non profit-making performing rights organization. (Lloyd Declaration ¶ 3.) It distributes all of the money it collects in license fees from music users—licensees such as the restaurants, hotels and nightclubs referenced above—as royalties to its affiliated publishers and composers, after the deduction of operating expenses and reasonable reserves. (*Id.*)

6. Defendants, M.R.T.P., Inc., and Anthony Prisco own and operate Prisco's Eleven West located at 11 West Sauk Trail, South Chicago Heights, Illinois 60411-5522 (the

"Establishment" or "Prisco's Eleven West"), which regularly features performances of live and recorded music. (*See* Lloyd Declaration, Exhibit B, Plaintiffs' First Request for Admissions and Defendants' Responses to Plaintiffs' First Request for Admissions ("Defendants' Admissions"), Admissions 1-7.) As President of M.R.T.P., Inc., Anthony Prisco has responsibility for the daily business activities of Prisco's Eleven West. (Declaration of Paul R. Coble ("Coble Declaration"), Ex. A, Answer to Interrogatory Nos. 1-6.) At least as of March 7, 2013, the date of Defendants' copyright infringement, Defendant Michael Rossi was the listed as the Secretary of M.R.T.P., Inc. on Prisco's Eleven West's liquor license. (Coble Declaration, Ex. B.)

7. Between November 2010 and June 2012, BMI repeatedly informed Defendants of the need to obtain permission for public performances of copyrighted music. (Declaration of Lawrence E. Stevens, Assistant Vice President, Licensing (the "Stevens Declaration"), ¶¶ 3, 5, 6, 8, 13.) BMI offered to enter into a license agreement with Defendants, but Defendants did not enter into a license agreement. (*Id.* ¶¶ 4, 9.) A BMI representative telephoned Defendants on thirty-one (31) occasions and on a number of those occasions spoke to persons associations with the establishment's operation, including one call with Defendant, Anthony Prisco. (*Id.* ¶ 8.)

8. On September 27, 2011, BMI instructed Defendants to cease public performances of music licensed by BMI. (Stevens Declaration ¶ 6.) This letter was sent via Federal Express and was signed for by Defendant Anthony Prisco. (*Id.*) Nevertheless, public performances of BMI-licensed music continued at Prisco's Eleven West after that date and performances of songs owned by the Plaintiffs were chronicled by a BMI Music Researcher on March 7, 2012. (Stevens Declaration ¶ 10.)

9. Specifically, BMI's Music Researcher generated an audio recording and a written report of the songs played at Prisco's Eleven West on March 7, 2012, which includes the eight

3

(8) songs that are the subject of this infringement action. (Stevens Declaration ¶¶ 10-11, Ex. A.) The audio recording was reviewed by BMI's Performance Identification employee, who confirmed that the eight (8) musical works that are the subject of this action were performed at Prisco's Eleven West on March 7, 2012. (*Id.* ¶ 11.)

10. Defendants admit that between November 2010 and June 2012, BMI offered to grant them a license for the public performance of musical compositions at Prisco's Eleven West and that none of the Defendants were licensed by any of the Plaintiffs to publicly perform any of their musical compositions on March 7, 2012. (Lloyd Declaration, Ex. B, Admissions 38-39.)

11. Defendants admit that on March 7, 2012 Prisco's Eleven West was opened to the public. (Lloyd Declaration, Ex. B, Admission 12.)

12. Defendants admit that they have no evidence controverting that on March 7, 2013, the musical compositions "Beautiful People, Keep Your Hands To Yourself, Killing Me Softly With His Song, Mr. Jones a/k/a Mister Jones, Round Here, Walk, Keep It Comin Love, and Name" were performed at Prisco's Eleven West. (Lloyd Declaration, Ex. B, Admissions 22-29.)

13. Defendants M.R.T.P., Inc., Anthony Prisco, and Michael Rossi operated and maintained the Establishment, had the right and ability to direct and control the activities of the Establishment, and had a direct financial interest in the Establishment. (Lloyd Declaration, Ex. B, Admissions 1-5, 7; Coble Declaration, Ex. A.) In addition, Defendants admit that Defendant Anthony Prisco had the right and ability to supervise the persons employed by Prisco's Eleven West on March 7, 2013, and that Anthony Prisco was present at Prisco's Eleven West on March 7, 2013.. (Lloyd Declaration, Ex. B, Admission 6; Coble Declaration, Ex. A, Answer to Interrogatory No. 11 .)

14. Defendants do not dispute that the asserted works contain the requisite elements of originality, proper registration and proprietary interest. (Lloyd Declaration, Ex. B, Admissions 31, 33, & 35.)

Dated: December 9, 2013

        Respectfully submitted,

By:   /s/ Paul R. Coble
     Charles A. Laff
     calaff@michaelbest.com
     Paul R. Coble
     pcoble@michaelbest.com
     MICHAEL BEST & FRIEDRICH LLP
     Two Prudential Plaza
     180 North Stetson Avenue, Suite 2000
     Chicago, IL 60601
     (312) 222-0800 / Fax: (312) 222-0818

*Attorneys for Plaintiffs*
*Broadcast Music, Inc., et al.*